**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Richard Donnell RUDISILL, a/k/a
Sld Dft 1:01–48–7, a/k/a Ricky,
Defendant—Appellant.**

No. 10–6181.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 27, 2010.

Richard Donnell Rudisill, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**310**

PER CURIAM:

Richard Donnell Rudisill appeals the district court's denial of his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Rudisill,* No. 1:01–cr–00048–MR–7 (W.D.N.C. Jan. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*